IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| HARMONY JONES, ET AL., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | NO. 1:23-cv-00061 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| DARELL WHITE, ET AL., | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

The Court is aware that two related cases, *Harmony Jones v. Darrell White, et al.,* Case No. 1:23-cv-00070 and *Garyck Dugger v. Darrell White, et al.,* Case No. 1:23-cv-00081, were consolidated under the above-captioned case. In light of the Court's August 20, 2024 Order dismissing this action, both related cases should also be terminated. Accordingly, the Clerk is instructed to terminate the related cases and include this Order on the dockets for the related cases.

This Order shall constitute the final judgment in the related cases pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE