# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Harmony Jones

              Plaintiff,

v.                                           Case No.: 1:23–cv–00070

Darrell White, et al.

              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/21/2024 re [23].

                                                                Lynda M. Hill
                                              s/ Aubrey Frantz Mattis, Deputy Clerk