# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Harmony Jones

        Plaintiff,

v.                                                              Case No.: 1:23−cv−00070

Darrell White, et al.

        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2024 re [25].

                                                                             Lynda M. Hill
                                                     s/ Kim Chastain, Deputy Clerk